714

*Aaron Frank, Gustave G. Rosenberg, Benjamin Eigg, Albert C. Pitcher* and *Samuel Morganroth* for appellant.

*Addison B. Scoville* and *Archibald C. Mayo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

EDWIN A. HALL, Appellant, *v.* BINGHAMTON PRESS COMPANY et al., Respondents.

Argued October 15, 1946; decided November 14, 1946.

*Paul T. Gorman* for appellant.

*A. Lawrence Abrams* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

JEANNE KLOTZ et al., Appellants, *v.* DOROTHY GANZ, Respondent, et al., Defendants.

Argued October 10, 1946; decided November 14, 1946.